ALEX HERNAEZ (State Bar No. 201441)
TYREEN G. TORNER (State Bar No. 249980)
FOX ROTHSCHILD LLP
235 Pine Street, Suite 1500
San Francisco, CA 94104
Telephone:    (415) 364-5540
Facsimile:    (415) 391-4436
Email:    ahernaez@foxrothschild.com
          ttorner@foxrothschild.com

Attorneys for Defendant
SUTTER HEALTH

**THE UNITED STATES DISTRICT COURT**

**IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CINDY HERROCK, as an individual,<br><br>            Plaintiff,<br><br>      v.<br><br>SUTTER HEALTH, a California corporation;<br>PALO ALTO MEDICAL FOUNDATION<br>FOR HEALTH CARE, RESEARCH AND<br>EDUCATION, a California corporation; PALO<br>ALTO FOUNDATION MEDICAL GROUP, a<br>California corporation; FRANCIS A.<br>MARZOO; AMY CONNOLLY; DENISE<br>BURGESS; VICKI WAHL; DOE 1; DOE 2;<br>DOE 3; DOE 4; DOES 5 through 100,<br>inclusive,<br><br>            Defendants. | Case No.: 13-CV-00557-MCE-EFB<br><br>**STIPULATION TO MODIFY MARCH 18, 2014 PRETRIAL SCHEDULING ORDER TO EXTEND DATE TO COMPLETE DISCOVERY; ORDER**<br><br><br>Complaint Filed:    January 8, 2013<br>Removal Filed:     March 21, 2013<br>Trial Date:        August 10, 2015 |

1   Pursuant to Rule 16(b)(4) of the Federal Rules of Civil Procedure, this stipulation is made
2   between Plaintiff CINDY HERROCK ("Plaintiff") and Defendant SUTTER HEALTH
3   ("Defendant") (collectively, "the Parties"), through their respective attorneys of record, and
4   pertains to modifications of the Court's March 18, 2014 Pretrial Scheduling Order.

5   **IT IS HEREBY AGREED AND STIPULATED THAT**:

6   1.   WHEREAS, the March 18, 2014 Pretrial Scheduling Order requires the parties to
7   complete all discovery on or before October 10, 2014.

8   2.   WHEREAS, despite Defendant's best efforts to schedule Plaintiff's deposition
9   prior to the close of discovery, the parties have agreed to conduct Plaintiff's deposition on
10  October 30, 2014.

11  3.   WHEREAS, the parties agree that the discovery extension will only apply to
12  Plaintiff's deposition.

13  IT IS HEREBY STIPULATED by and between the parties, Plaintiff CINDY HERROCK
14  and Defendant SUTTER HEALTH, through their respective attorneys of record herein, that
15  deadline to conduct the deposition of Plaintiff is continued to October 30, 2014.

16  ///
17  ///
18  ///
19  ///
20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28

1   IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

2   DATED:  October 13, 2014                    FOX ROTHSCHILD LLP

3

4                                               By:    /s/ Tyreen Torner
                                                      TYREEN TORNER
5                                               Attorneys for Defendant SUTTER HEALTH

6

7   DATED:  October 13, 2014                    LAW OFFICE OF DANIEL L. MITCHELL

8

9                                               By:    /s/ Daniel L. Mitchell
                                                      DANIEL L. MITCHELL
10                                              Attorneys for Plaintiff CINDY HERROCK

11

12

13                                   **ORDER**

14          IT IS SO ORDERED.

15   Dated:  October 29, 2014

16

17   _____
     MORRISON C. ENGLAND, JR., CHIEF JUDGE
18   UNITED STATES DISTRICT COURT

19

20

21

22

23

24

25

26

27

28

3